1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   Cesar Barrera-Montes,                )   No. CIV 05-3768-PHX-SMM (GEE)
                                          )
10              Plaintiff,                )   **REPORT AND RECOMMENDATION**
                                          )
11  vs.                                   )
                                          )
12                                        )
    Joe Arpaio; et al.,                   )
13                                        )
                Defendants.               )
14                                        )
                                          )
15  _____    )

16

17          On November 22, 2005, the plaintiff, an inmate at the Lower Buckeye Jail in Phoenix,

18  Arizona, filed a complaint in this court claiming his civil rights were being violated by his

19  conditions of confinement.  On that same day, this court issued an assignment order which,

20  among other things, notified the plaintiff that he must immediately advise this court of any

21  change in his address.  He was specifically warned failure to do so could result in dismissal

22  of the action for failure to prosecute.

23          On April 13, 2006, this court screened the complaint and ordered commencement of

24  service.  A service packet was sent to the plaintiff, but it was returned as undeliverable and

25  marked "Rele 12/6/05."

26          Service in a prisoner case must be effected within 60 days of the filing of the service

27  order or 120 days from the filing of the complaint, whichever is later.    LRCiv.

28

1    16.2(b)(2)(B)(i).  These deadlines have passed and service has not been accomplished.  The

2    plaintiff has apparently changed his address without advising the court.

3

4            Recommendation

5            The Magistrate Judge recommends the District Court, after its independent review of

6    the record, enter an order

7

8            DISMISSING this action for failure to prosecute.

9

10           Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within

11   10 days of being served with a copy of this report and recommendation.    If objections are

12   not timely filed, the party's right to de novo review may be waived.  *See United States v.*

13   *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc).

14           The Clerk is directed to send a copy of this report and recommendation to all parties.

15

16           DATED this 15th day of June, 2006.

17

18

19

20           _____

21                       Glenda E. Edmonds
                         United States Magistrate Judge

22

23

24

25

26

27

28